■ EMANUEL GUTTMAN, Appellant, v. MURRAY WERBER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of PETER ROBOTTI, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ SAMUEL FALK et al., as Permanent Receivers of NASSAU MANAGE-MENT COMPANY, INC., Appellants, v. MEADOW BROOK NATIONAL BANK, Respondent, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ In the Matter of L. AGNES ALEXANDER, Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ DOROTHY W. TEMPLE, Respondent, v. PHILIP LIEBMANN, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ. [17 Misc 2d 740.]

■ PAULINE GOODMAN, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ HAROLD BRUCE, Respondent, v. WOLL BROS., INC., Appellant.— Judgment and resettled judgment unanimously modified, on the law and on the facts and in the exercise of discretion, to limit the injunctive relief granted in the second decretal paragraph to plaintiff's store premises at 2148–2150 Third Avenue and the store front and show window thereof, and, as so modified, affirmed, with costs to respondent. Settle order. The respondent concedes that he only seeks injunctive relief as to the portion of the premises occupied by him. In its present form the restraint is too broad and should be modified to conform with the proof. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT RINALDO, Appellant.— Order denying motion in the nature of writ of error coram nobis reversed, on the law, and the matter remanded to the County Court of Bronx County for a hearing. Defendant's dubious story that, in the court-house corridor, his lawyer represented to him, in the presence of the Trial Judge, that the Trial Judge had promised a lesser sentence than that which he received, requires a hearing as the record does not preclude the verity of his assertions. Concur — Breitel, J. P., Valente and Bastow, JJ.; McNally and Stevens, JJ., dissent and vote to affirm on the ground that the repetitious and inconsistent proceedings brought by defendant in the nature of coram nobis confirm the fact that there is not the slightest probative value to his assertions.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. ARMSTRONG.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.